# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| **Denetria Myles,** | JUDGMENT IN CASE |
| Petitioner(s), | 3:17-cv-00061-GCM |
| vs. | 3:12-cr-00239-GCM-DCK |
| **USA,** Respondent(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 24, 2018 Order.

August 24, 2018

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court